# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: FARRELL, DAVID § Case No. 1-10-46338-JF
      FARRELL, ANN MARIE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD E O'CONNELL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00       Assets Exempt: $107,910.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,645.46      Claims Discharged
     Without Payment: $19,063.82

Total Expenses of Administration: $1,355.05

---

    3) Total gross receipts of $ 6,000.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,164.10 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,355.05 | 1,355.05 | 1,355.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 23,709.28 | 23,709.28 | 4,645.46 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,228.43 | $25,064.33 | $6,000.51 |

4) This case was originally filed under Chapter 7 on July 02, 2010. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013          By: /s/RICHARD E O'CONNELL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Accura | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.51 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Chrysler Financial Services | 4110-000 | N/A | 6,164.10 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,164.10** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD E O'CONNELL | 2100-000 | N/A | 1,350.05 | 1,350.05 | 1,350.05 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 2.62 | 2.62 | 2.62 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 2.38 | 2.38 | 2.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,355.05** | **$1,355.05** | **$1,355.05** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 803.81 | 803.81 | 157.50 |
| 2 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 780.00 | 780.00 | 152.83 |
| 3 | Discover Bank | 7100-000 | N/A | 2,318.02 | 2,318.02 | 454.18 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 474.26 | 474.26 | 92.92 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,498.48 | 7,498.48 | 1,469.21 |
| 7 | GE Money Bank | 7100-000 | N/A | 1,105.73 | 1,105.73 | 216.65 |
| 8 | GE Money Bank | 7100-000 | N/A | 5,853.18 | 5,853.18 | 1,146.84 |
| 9 | GE Money Bank | 7100-000 | N/A | 1,678.53 | 1,678.53 | 328.88 |
| 10 | GE Money Bank | 7100-000 | N/A | 727.61 | 727.61 | 142.56 |
| 11 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 2,469.66 | 2,469.66 | 483.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $23,709.28 | $23,709.28 | $4,645.46 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-10-46338-JF  
**Case Name:** FARRELL, DAVID  
             FARRELL, ANN MARIE  
**Period Ending:** 03/26/13

**Trustee:** (520765) RICHARD E O'CONNELL  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/12/10  
**Claims Bar Date:** 03/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2004 Accura | 13,025.00 | 8,225.00 | | 6,000.00 | FA |
| 2 | cash | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase checking | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Chase savings | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | furniture | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | clothes | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | union annity 5205(c)(2) | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Union Annuity 5205(c)(2) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | y2004  Acura MDX * Amount subject to adjustment | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Installment account opened 9/07<br>VALUE $ 5,175.00 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Installment account opened 6/09<br>VALUE $ | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.51 | Unknown |
| 12 | **Assets     Totals** (Excluding unknown values) | **$13,025.00** | **$8,225.00** | | **$6,000.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Claims bar date 12/29/10.  TFR will be filed by 8/15/11

**Initial Projected Date Of Final Report (TFR):**     September 30, 2011     **Current Projected Date Of Final Report (TFR):**     September 30, 2011

Case 1-10-46338-ess    Doc 43    Filed 06/17/13    Entered 06/17/13 10:52:10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 1-10-46338-JF |
| **Case Name:** | FARRELL, DAVID |
| | FARRELL, ANN MARIE |
| **Taxpayer ID #:** | **-***2432 |
| **Period Ending:** | 03/26/13 |

| | |
|---|---|
| **Trustee:** | RICHARD E O'CONNELL (520765) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****696966 - Checking Account |
| **Blanket Bond:** | $80,815,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/26/2013 05:29 PM     V.13.11

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-10-46338-JF  
**Case Name:** FARRELL, DAVID  
FARRELL, ANN MARIE  
**Taxpayer ID #:** **-***2432  
**Period Ending:** 03/26/13

**Trustee:** RICHARD E O'CONNELL (520765)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-65 - Checking Account  
**Blanket Bond:** $80,815,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/10 | {1} | David and Annmarie Farrell | First installment purchase 04 Acura | 1129-000 | 1,500.00 | | 1,500.00 |
| 12/15/10 | {1} | David and Annmarie Farrell | Second installment purchase 04 Acura | 1129-000 | 1,500.00 | | 3,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.01 |
| 01/19/11 | {1} | David and Annmarie Farrell | Third installment purchase 04 Acura | 1129-000 | 1,500.00 | | 4,500.01 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.04 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.07 |
| 03/02/11 | {1} | David and Annmarie Farrell | Final installment purchase 04 Acura | 1129-000 | 1,500.00 | | 6,000.07 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.11 |
| 03/31/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/31/2011 FOR CASE #110-46338, Invoice for Bond #016027942 | 2300-000 | | 2.62 | 5,997.49 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.57 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.61 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.65 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.69 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.73 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.77 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.81 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.85 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,997.89 |
| 10/17/12 | 1002 | retnnMHT CO. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/17/2012 FOR CASE #110-46338<br>Voided on 10/17/12 | 2300-000 | | ! 2.38 | 5,995.51 |
| 10/17/12 | 1002 | retnnMHT CO. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/17/2012 FOR CASE #110-46338<br>Voided: check issued on 10/17/12 | 2300-000 | | ! -2.38 | 5,997.89 |
| 10/17/12 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/17/2012 FOR CASE #110-46338, EDNY Bond Premium 2012 | 2300-000 | | 2.38 | 5,995.51 |
| 11/29/12 | 1004 | RICHARD E O'CONNELL | Dividend paid 100.00% on $1,350.05, Trustee Compensation; Reference: | 2100-000 | | 1,350.05 | 4,645.46 |
| 11/29/12 | 1005 | American Infosource Lp As Agent for Wfnnb | Dividend paid 19.59% on $803.81; Claim# 1; Filed: $803.81; Reference: | 7100-000 | | 157.50 | 4,487.96 |
| 11/29/12 | 1006 | American Infosource Lp As Agent for Wfnnb | Dividend paid 19.59% on $780.00; Claim# 2; Filed: $780.00; Reference: | 7100-000 | | 152.83 | 4,335.13 |

Subtotals :    $6,000.51    $1,665.38

{} Asset reference(s)        !-Not printed or not transmitted            Printed: 03/26/2013 05:29 PM    V.13.11

Case 1-10-46338-ess    Doc 43    Filed 06/17/13    Entered 06/17/13 10:52:10

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-10-46338-JF  
**Case Name:** FARRELL, DAVID  
FARRELL, ANN MARIE  
**Taxpayer ID #:** **-***2432  
**Period Ending:** 03/26/13

**Trustee:** RICHARD E O'CONNELL (520765)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-65 - Checking Account  
**Blanket Bond:** $80,815,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/12 | 1007 | Discover Bank | Dividend paid  19.59% on $2,318.02; Claim# 3; Filed: $2,318.02; Reference: | 7100-000 | | 454.18 | 3,880.95 |
| 11/29/12 | 1008 | Chase Bank USA, N.A. | Dividend paid  19.59% on $474.26; Claim# 4; Filed: $474.26; Reference: | 7100-000 | | 92.92 | 3,788.03 |
| 11/29/12 | 1009 | Chase Bank USA, N.A. | Dividend paid  19.59% on $7,498.48; Claim# 5; Filed: $7,498.48; Reference: | 7100-000 | | 1,469.21 | 2,318.82 |
| 11/29/12 | 1010 | GE Money Bank | Dividend paid  19.59% on $1,105.73; Claim# 7; Filed: $1,105.73; Reference: | 7100-000 | | 216.65 | 2,102.17 |
| 11/29/12 | 1011 | GE Money Bank | Dividend paid  19.59% on $5,853.18; Claim# 8; Filed: $5,853.18; Reference: | 7100-000 | | 1,146.84 | 955.33 |
| 11/29/12 | 1012 | GE Money Bank | Dividend paid  19.59% on $1,678.53; Claim# 9; Filed: $1,678.53; Reference: | 7100-000 | | 328.88 | 626.45 |
| 11/29/12 | 1013 | GE Money Bank | Dividend paid  19.59% on $727.61; Claim# 10; Filed: $727.61; Reference: | 7100-000 | | 142.56 | 483.89 |
| 11/29/12 | 1014 | HSBC Bank Nevada, N.A. | Dividend paid  19.59% on $2,469.66; Claim# 11; Filed: $2,469.66; Reference: | 7100-000 | | 483.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.51 | 6,000.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.51 | 6,000.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.51** | **$6,000.51** | |

{} Asset reference(s)

Printed: 03/26/2013 05:29 PM    V.13.11

Case 1-10-46338-ess    Doc 43    Filed 06/17/13    Entered 06/17/13 10:52:10

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 1-10-46338-JF | | **Trustee:** | RICHARD E O'CONNELL (520765) |
|---|---|---|---|---|
| **Case Name:** | FARRELL, DAVID | | **Bank Name:** | The Bank of New York Mellon |
| | FARRELL, ANN MARIE | | **Account:** | 9200-******57-66 - Checking Account |
| **Taxpayer ID #:** | **-***2432 | | **Blanket Bond:** | $80,815,000.00   (per case limit) |
| **Period Ending:** | 03/26/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****696966** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******57-65** | 6,000.51 | 6,000.51 | 0.00 |
| **Checking # 9200-******57-66** | 0.00 | 0.00 | 0.00 |
| | **$6,000.51** | **$6,000.51** | **$0.00** |

{} Asset reference(s)   Printed: 03/26/2013 05:29 PM   V.13.11